UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States</u>

    v.                                        Criminal No. 05-cr-126-01-SM

<u>Douglas Abernathy</u>

<u>O R D E R</u>

Before the court is defendant's Motion for Bail Hearing.  As recently as April 8, 2010, the defendant appeared before this court (Muirhead, J.) for a bail hearing.  After hearing proffers from both the government and the defendant, Judge Muirhead ordered the defendant be detained until his revocation hearing.  This judge listened to the recording of the April 8, 2010, hearing, and reviewed the instant motion and the government's objection thereto.  I find no basis on which to grant the defendant a further bail hearing.  Document No. 45 is denied.

                                              _____
                                              Landya B. McCafferty
                                              United States Magistrate Judge

June 14, 2010
cc: Bjorn Lange, Esq.
    Alfred J.T. Rubega, Esq.
    US Probation
    US Marshal